ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2013

at 11 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA  #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>BRANDON TORRES,    (1)<br>DYMYTRYUS KAHAWAI,  (2)<br>  also known as "MICHIE,"<br>  also known as "BLACKIE,"<br>  also known as "BLACK,"<br><br>            Defendants. | CR. NO. CR13 00020 JMS<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846 and 841;<br>18 U.S.C. § 2] |

INDICTMENT

**COUNT 1**

The Grand Jury charges:

From a time unknown, but by in or around July 2009, and up through and including in or about September 2009, in the District of Hawaii and elsewhere, Defendants BRANDON TORRES ("TORRES") and DYMYTRYUS KAHAWAI ("KAHAWAI"), also known as "MICHIE," also known as "BLACKIE," also known as "BLACK," did

knowingly and intentionally conspire with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, to wit, approximately 212.2 grams, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about August 19, 2009, TORRES and KAHAWAI distributed approximately eight ounces of methamphetamine to another individual not charged here.

2. On or about August 26, 2009, TORRES received approximately $3,000 as partial payment for the methamphetamine.

3. On or about September 1, 2009, KAHAWAI and TORRES received approximately $7,000 as partial payment for the methamphetamine.

4. On or about September 14, 2009, KAHAWAI and TORRES received approximately $10,000 as partial payment for the methamphetamine.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT 2

The Grand Jury further charges:

On or about August 19, 2009, in the District of Hawaii, Defendants BRANDON TORRES and DYMYTRYUS KAHAWAI, also known as "MICHIE," also known as "BLACKIE," also known as "BLACK," did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 212.2 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

DATED: January 9, 2013, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.
Chief, Criminal Division

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

USA v. BRANDON TORRES, ET AL.
Cr. No.
"Indictment"